

ORIGINAL

FILED

04/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0470

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0470

**FILED**

APR 09 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                            O R D E R

TRACY REXFORD,

Defendant and Appellant.

On April 6, 2021, Appellant filed his opening brief. On April 7 the Court rejected the brief for noncompliance with the Montana Rules of Appellate Procedure.

On April 8, Appellant resubmitted the same brief, dated April 6, 2021, without the required revisions.

IT IS ORDERED that the brief is again rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court this brief containing the necessary revisions specified in the Court's April 7, 2021 Order. Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the resubmitted brief and appendix.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 9th day of April, 2021.

_____
Justice